*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

AMY L. TACKETT                                                                                      PLAINTIFF

vs.                                        CASE NO. 4:06cv00572 JMM

TIME INSURANCE COMPANY                                                           DEFENDANT

### ORDER OF DISMISSAL

The Court has been advised that this case has settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The jury trial scheduled April 16, 2007, is canceled.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 14th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE